IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hazel Miller, ) | C/A: 3:13-2918-JFA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| Cracker Barrell Old Country Store, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties are excused from attending the roster meeting scheduled for December 17, 2014. The parties should communicate with this Court by letter informing the Court of the anticipated length of trial and any unusual evidentiary or procedural issues of which the Court should be aware.

The jury will be selected to try this case on Tuesday, January 6, 2015, and the case will be tried beginning Monday, February 9, 2015.

IT IS SO ORDERED.

December 11, 2014                    Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge